# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JUAN C. RODRIGUEZ-GARCIA, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00091-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL BAUER, Mr. Dr.; | ) | |
| BLUE RIDGE HEALTH CARE; | ) | |
| VALDESE HOSPITAL MEDICAL | ) | |
| DEPT., | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 20, 2016 Order.

May 20, 2016

Frank G. Johns, Clerk
United States District Court